NUMBER 13-00-423-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


_____________________________________________________________ _______


REYNALDO AMADOR AND ALL OCCUPANTS
, Appellants,


v.



FEDERAL HOME LOAN MORTGAGE CORPORATION
, Appellee.

__________________________________________________ __________________


On appeal from County Court at Law No. 3 


of Cameron County, Texas.


_______________________________________________ _____________________


O P I N I O N


 

Before Justices Hinojosa, Yañez, and Chavez


Opinion Per Curiam


 Appellants, REYNALDO AMADOR AND ALL OCCUPANTS, perfected an
appeal from a judgment entered by County Court at Law No. 3 of Cameron
County, Texas, in cause number 1999-CCL-00484-C. Appellee has filed a
motion to dismiss the appeal. In the motion, appellee states that appellants
have vacated the property and have removed their personal belongings, and the
appeal in this matter is now moot. Appellee requests that this Court dismiss the
appeal.

 The Court, having considered the documents on file and appellee's motion
to dismiss the appeal, is of the opinion that the motion should be granted. 
Appellee's motion to dismiss is granted, and the appeal is hereby DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 2nd day of November, 2000.